**FIRST DIVISION**
**BARNES, P. J.,**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**December 2, 2019**

# In the Court of Appeals of Georgia

A17A1385. BARROW v. DUNN et al.

BARNES, Presiding Judge.

In *City of Guyton v. Barrow*, 305 Ga. 799 (828 SE2d 366) (2019), the Supreme Court of Georgia reversed the judgment of this Court in *Barrow v. Dunn*, 344 Ga. App. 747 (812 SE2d 63) (2018). Accordingly, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and affirm the superior court's judgment.

*Judgment affirmed. McMillian, P. J., and Mercier, J., concur.*